## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAONE REALTY ASSOCIATES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, INC. and JOHN DOE 1-10 said names being fictitious,<br><br>　　　　　Defendant. | Civil Action No.: 2:17-cv-13276<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12** |

**TO:**   David C. Bendush, Esq.
　　　　Law Offices of David C. Bendush
　　　　310 Springfield Avenue, Suite 10
　　　　Berkeley Heights, NJ 07922
　　　　Attorneys for Plaintiff

**COUNSEL:**

　　**PLEASE TAKE NOTICE** that on Monday, January 15, 2018, the undersigned attorneys for defendant Hartford Insurance Company of the Midwest ("Hartford Midwest"), shall move before the Honorable William J. Martini, U.S.D.J., at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 4B, Newark, NJ 07101, for an Order dismissing Count II from the Complaint (Dk. 1, Ex. A), pursuant to Fed. R. Civ. P. 12(b)(6).

　　**PLEASE TAKE FURTHER NOTICE** that in support of the motion, Hartford Midwest shall rely upon the memorandum of law filed contemporaneously herewith.

　　**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted in accordance with Local Rule 7.1.

        Respectfully submitted,

        MOUND COTTON WOLLAN
         & GREENGRASS LLP

        /s/ William D. Wilson
        William D. Wilson, Esq. (WW6482)
        wwilson@moundcotton.com
        Craig R. Rygiel (CR5702)
        crygiel@moundcotton.com
        30A Vreeland Road, Suite 210
        Florham Park, NJ 07932
        Tel. (973) 494-0600
        Fax (973) 242-4244
        *Attorneys for Defendant*
        *Hartford Ins. Co. of the Midwest, Inc.*

Dated: December 21, 2017