UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAONE REALTY ASSOCIATES, LLC,<br><br>Plaintiff,<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, INC., and JOHN DOE 1-10 said names being fictitious,<br><br>Defendants | Civil Action No.17-13276 (WJM)<br><br>CONSENT ORDER DISMISSING COUNT II OF PLAINTIFF'S COMPLAINT |

This matter having come before the Court on motion by counsel for defendant Hartford Insurance Company of the Midwest, Inc. ("Hartford") seeking to dismiss, pursuant to Fed. R. Civ. P. 12, Count II of plaintiff's complaint, wherein it is alleged Hartford acted in bad faith in its denial of plaintiff's claim for indemnity, and plaintiff consenting to dismissal without prejudice of count II of its complaint, and for good cause shown,

IT IS HEREBY ORDERED on January __, 2018, that Count II of plaintiff's complaint is hereby dismissed without prejudice.

_____
Hon. Mark Falk, M.J.D.C.

We hereby consent to the form, content, and
entry of the within Consent Order.

CRAIG R. RYGIEL , ESQ
MOUND COTTON WOLLAN &
GREENGRASS LLP

_____
CRAIG R. RYGIEL., ESQ
Attorney for Defendant

DAVID C. BENDUSH, ESQ
LAW OFFICE OF DAVID C. BENDUSH

_____
DAVID C. BENDUSH, ESQ
Attorney for Plaintiff